# United States Court of Appeals for the Fifth Circuit

---

No. 25-10931
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Andre Maurice Lamar Sanders,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:24-CR-62-1

---

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Andre Maurice Lamar Sanders has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanders's response argues that his sentence was unfair, but he also requests that the appeal be dismissed.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10931

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sanders's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, the appeal is DISMISSED, and Sanders's motion to dismiss the appeal is DENIED AS MOOT. *See* 5TH CIR. R. 42.2.